UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>                        Plaintiff,      )<br>                                                      )<br>    vs.                                          )           Cause No. 1:94-cr-0007-01 (B/F)<br>                                                      )<br>BEN WILLETT,                          )<br>                                                      )<br>                        Defendant.  ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Ben Willett's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and one day in the custody of the Attorney General. The service of the sentence shall begin immediately. It is recommended that Mr. Willett be designated to the Federal Correctional Institution at Terre Haute, Indiana. Upon Mr. Willett's release from confinement, he will be subject to a term of supervised release of 36 months, under the same terms and conditions as imposed at sentencing.

SO ORDERED this ___6th___ day of July, 2010.

*Sarah Evans Barker*
SARAH EVANS BARKER, Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Blackington,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal