UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:94-cr-0007-SEB-TAB-1 |
| | ) | |
| BEN WILLETT, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that Ben Willett=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of ninety (90) days which shall commence at the direction of the probation officer.
2. The defendant shall pay all or part of the costs of participation in the RF Monitoring program as directed by the Court or the probation officer.
3. The defendant shall be restricted to his residence at all times, except for employment, education, religious services, medical treatment, substance abuse or mental health treatment, attorney visits, court-ordered obligations, or other activities as pre-approved by the probation officer.

SO ORDERED

Date: 02/19/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Doris Pryor
Assistant U. S. Attorney
doris.pryor@usdoj.gov

Joe Cleary
Indiana Federal Community Defender's Office
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal